

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case 05-61264-CIV-COOKE

VISIONS EAST,

        Plaintiff,

vs.                         MIAMI, FLORIDA
                            SEPTEMBER 6, 2005

FAGERDALA THIGER MARINE SYSTEMS, ET AL,

        Defendants.

---

TRANSCRIPT OF MOTION FOR PRELIMINARY INJUNCTION
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:

        PETER COMMETTE, ESQ.
        PETER FARKAS, ESQ.

FOR THE DEFENDANT:

        LEONARD SAMUELS, ESQ.
        PHILLIP WARD, ESQ.
        HOLIDAY RUSSELL, ESQ.

REPORTED BY:

        ROBIN MARIE DISPENZIERI, RPR
        *Official Federal Court Reporter*
        United States District Court
        301 North Miami Ave., 6th Floor
        Miami, FL  33128 - 305/523-5158

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 05-61264-CV MGC
# DE#98

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

# PLEASE REFER TO COURT FILE