UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 05-CIV-61264-COOKE/BROWN

VISIONS EAST, INC.,
A Florida corporation, and
JOHN STEPHEN MORTON,
an individual,

      Plaintiffs

v.

FAGERDALA THIGER MARINE SYSTEMS, AB;
FAGERDALA WORLD FOAM, AB;
FAGERDALA USA, INC.;
MASTER AUTOMATION GROUP, OY;
TARMO LINNA; and PIERRE THIGER,

      Defendants



## MOTION TO WITHDRAW

      Peter M. Commette, Esquire, co-counsel for plaintiffs, hereby serves his Motion to Withdraw, and states as cause the following:

      1.     Counsel has been informed by the clients that his services for them have been terminated.

      2.     Withdrawal by the undersigned counsel will not adversely affect plaintiffs' position in this matter.

      3.     The undersigned has discussed the above with the plaintiffs.

      WHEREFORE, Peter M. Commette, Esquire, respectfully moves this Honorable Court for entry of an Order granting his Motion to Withdraw.



## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via fax and U.S. mail on this __19__ day of October 2005, to:

Leonard Samuels, Esquire
Berger Singerman
Suite 1000
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301

Holiday Russell, Esquire
Holiday Hunt Russell, Chartered
2040 Polk Street
Hollywood, FL 33020

Philip E. Ward, Esquire
401 East Las Olas Blvd., Suite 1710
Fort Lauderdale FL 33301

L. Peter Farkas, Esquire
1101 30th Street NW, Suite 500
Washington D.C. 20007

Stephen Morton
Visions East, Inc.
1600 West State Road 84, Suite 5
Fort Lauderdale, FL 33315

Respectfully submitted,

PETER M. COMMETTE, P.A.
Attorney for Plaintiffs
1323 Southeast 3rd Avenue
Fort Lauderdale, FL 33316
954/764-0005 Fax: 954/764-1478

By: _____
PETER M. COMMETTE, ESQ.
Florida Bar No. 350133

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case No. 05-CIV-61264-COOKE/BROWN

VISIONS EAST, INC.,
A Florida corporation, and
JOHN STEPHEN MORTON,
an individual,

    Plaintiffs

v.

FAGERDALA THIGER MARINE SYSTEMS, AB;
FAGERDALA WORLD FOAM, AB;
FAGERDALA USA, INC.;
MASTER AUTOMATION GROUP, OY;
TARMO LINNA; and PIERRE THIGER,

    Defendants
_____/

## ORDER ON MOTION TO WITHDRAW

THIS MATTER, having come to be heard on Peter M. Commette, Esquire's Motion to Withdraw, and the Court having reviewed the motion, and being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that said motion is granted. Peter M. Commette, Esquire and Peter M. Commette, P.A. shall have no further responsibility for representation of the plaintiffs in this

Visions East, Inc., et al v. Fagerdala Thiger Marine Systems, AB, et al
Case No. 05-CIV-61264-COOKE/BROWN

matter.

DONE AND ORDERED in Chambers in the Southern District of Florida, on this ____ day of _____, 2005.

_____
United States District Judge

Copies furnished to:
Peter M. Commette, Esquire
Peter M. Commette, P.A.
1323 S.E. Third Avenue
Fort Lauderdale, FL 33316

Leonard Samuels, Esquire
Berger Singerman
Suite 1000
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301

Philip E. Ward, Esquire
401 East Las Olas Blvd., Suite 1710
Fort Lauderdale FL 33301

L. Peter Farkas, Esquire
Farkas & Morse, LLP
1101 30th Street NW, Suite 500
Washington, D.C. 20007

Holiday Russell, Esquire
Holiday Hunt Russell, Chartered
2040 Polk Street
Hollywood, FL 33020

Mr. Stephen Morton
Visions East, Inc.
1600 West State Road 84, Suite 5
Fort Lauderdale FL 33315