UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case No. 05-CIV-61264-COOKE/BROWN

VISIONS EAST, INC.,
A Florida corporation, and
JOHN STEPHEN MORTON,
an individual,

    Plaintiffs

v.

FAGERDALA THIGER MARINE SYSTEMS, AB;
FAGERDALA WORLD FOAM, AB;
FAGERDALA USA, INC.;
MASTER AUTOMATION GROUP, OY;
TARMO LINNA; and PIERRE THIGER,

    Defendants
_____/



FILED by _____ D.C.
MGC
NOV - 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER ON MOTION TO WITHDRAW

THIS MATTER, having come to be heard on Peter M. Commette, Esquire's Motion to Withdraw, and the Court having reviewed the motion, and being otherwise advised in the premises, it is hereupon,

ORDERED AND ADJUDGED that said motion is granted. Peter M. Commette, Esquire and Peter M. Commette, P.A. shall have no further responsibility for representation of the plaintiffs in this

Visions East, Inc., et al v. Fagerdala Thiger Marine Systems, AB, et al
Case No. 05-CIV-61264-COOKE/BROWN

matter.

DONE AND ORDERED in Chambers in the Southern District of Florida, on this 3 day of November, 2005.

*Marcia G. Cooke*
United States District Judge

Copies furnished to:

Peter M. Commette, Esquire
Peter M. Commette, P.A.
1323 S.E. Third Avenue
Fort Lauderdale, FL 33316

Leonard Samuels, Esquire
Berger Singerman
Suite 1000
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301

Philip E. Ward, Esquire
401 East Las Olas Blvd., Suite 1710
Fort Lauderdale FL 33301

L. Peter Farkas, Esquire
Farkas & Morse, LLP
1101 30th Street NW, Suite 500
Washington, D.C. 20007

Holiday Russell, Esquire
Holiday Hunt Russell, Chartered
2040 Polk Street
Hollywood, FL 33020

Mr. Stephen Morton
Visions East, Inc.
1600 West State Road 84, Suite 5
Fort Lauderdale FL 33315