Case 0:05-cv-61264-MGC Document 114 Entered on FLSD Docket 02/17/2006 Page 1 of 3

FILED by ____ D.C.
ELECTRONIC

Feb 6 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 05-CIV-61264-COOKE/BROWN

VISIONS EAST, INC., a Florida corporation,
and JOHN STEPHEN MORTON, an individual

    Plaintiffs,

        vs.

FAGERDALA THIGER MARINE SYSTEMS,
AB, FAGERDALA WORLD FOAM, AB,
FAGERDALA USA, INC., MASTER
AUTOMATION GROUP, OY, TARMO
LINNA and PIERRE THIGER,

    Defendants.
_____/

## JOINT STATUS REPORT

Defendant, MASTER AUTOMATION GROUP, OY ("MAG"), by and through its undersigned counsel, hereby submits this Joint Status Report in compliance with this Court's September 8, 2005 Order Denying Plaintiffs' Motion for Preliminary Injunction, Granting Defendants' Motion to Stay Proceedings and Compel Arbitration and Denying All Pending Motions as Moot and in support thereof states:

1. MAG's counsel has conferred with counsel for Plaintiffs and Defendants and all counsel are unaware of any arbitration proceedings being commenced anywhere in the world concerning this matter.

2. Plaintiffs have filed a Motion for Clarification and/or Reconsideration of the Court's September 8, 2005 in light of the Order of the Eleventh Circuit Court of Appeals dated December 28, 2005 (DE # 109), which Defendants have opposed.

BERGER SINGERMAN    Boca Raton   Fort Lauderdale   Miami   Tallahassee
136047-1 attorneys at law
200 South Biscayne Boulevard Suite 1000 Miami, Florida 33131-5308 Telephone 305-755-9500 Facsimile 305-714-4340

1 of 3

114/lk

3.  The Eleventh Circuit Court of Appeals, per its December 28, 2005 Order, has declined to review the Court's Order compelling arbitration.

### Certification Pursuant to S.D. Fla. L.R. 7.1.A(c)

Prior to filing the instant Status Report counsel for MAG spoke with (1) Dan Brodersen, counsel for Plaintiffs, (2) Holiday Hunt Russell, counsel for Defendant, Tarmo Linna, and (3) Philip E. Ward, counsel for Defendants, Fagerdala Thiger Marine Systems, AB, Fagerdala World Foam, AB, Fagerdala USA, Inc., and Pierre Thiger, about the subject of the instant Joint Status Report, and Plaintiffs' counsel has agreed to the content of this Joint Status Report.

Respectfully submitted,

BERGER SINGERMAN, P.A.
Attorneys for Defendant Master Automation Group
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: (954) 525-9900
Facsimile: (954) 523-2872

By: _____
Leonard K. Samuels
Florida Bar No. 501610
Email: lsamuels@bergersingerman.com
Fred O. Goldberg
Florida Bar No. 898619
Email: fgoldberg@bergersingerman.com

BERGER SINGERMAN    Boca Raton    Fort Lauderdale    Miami    Tallahassee
attorneys at law
200 South Biscayne Boulevard  Suite 1000  Miami, Florida 33131-5308  Telephone 305.755.9500  Facsimile 305.714.4340

2 of 3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via facsimile and First Class, prepaid, United States Mail, to L. Peter Farkas, Esq., Farkas & Morse, LLP, Attorneys for Plaintiffs, 1101 30th Street N.W., Washington, D.C. 20007, Jackson O. Brownlee, Esq., Beusse, Brownlee, Wolter, Mora & Maire, P.A., Attorneys for Plaintiffs, 390 N. Orange Avenue, Suite 2500, Orlando, Florida 32801, Holiday Hunt Russell, Esq.,The Law Offices of Holiday Hunt Russell, 2040 Polk Street, Attorney for Defendant Tarmo Linna, Philip E. Ward, Gray Robinson, 401 East Las Olas Boulevard, Suite 1710, Fort Lauderdale, Florida 33301, Attorneys for Defendants Fagerdala Thiger Marine Systems, AB, Fagerdala World Foam, AB, Fagerdala USA, Inc., and Pierre Thiger, this 6th day of February, 2006.

By: _____
Fred O. Goldberg

BERGER SINGERMAN    Boca Raton   Fort Lauderdale   Miami   Tallahassee
136047-1 attorneys at law
200 South Biscayne Boulevard   Suite 1000   Miami, Florida 33131-5308   Telephone 305·755·9500   Facsimile 305·714·4340