# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 10, 2007

FILED by ___ D.C.
APPEALS

JAN 17 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 05-15689-BB**
Case Style: Visions East, Inc. v. Fagerdala Thiger Marine
District Court Number: 05-61264 CV-MGC

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

A copy of this letter, and the judgment form if noted above, <u>but not a copy of the court's decision</u>, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: James O. Delaney (404) 335-6113

Encl.

MDT-1 (06/2006)

# United States Court of Appeals
For the Eleventh Circuit

No. 05-15689

District Court Docket No.
05-61264-CV-MGC

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec 12, 2006
THOMAS K. KAHN
CLERK

VISIONS EAST, INC.,
a Florida Corporation,
JOHN STEPHEN MORTON,

Plaintiffs-Appellants,

versus

FAGERDALA THIGER MARINE SYSTEMS, AB,
a Swedish Corporation,
FAGERDALA WORLD FOAM, AB,
a Swedish Corporation,
FAGERDALA USA, INC.,
a Kentucky Corporation,
MASTER AUTOMATION GROUP, OY,
a Finnish Corporation,
TARMO LINNA,
PIERRE THIGER,

Defendants-Appellees.

A True Copy - Attested
Clerk U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia

---

Appeal from the United States District Court
for the Southern District of Florida

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

ISSUED AS MANDATE
JAN 1 0 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

Entered: December 12, 2006
For the Court: Thomas K. Kahn, Clerk
By: Gilman, Nancy

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 05-15689

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 12, 2006
THOMAS K. KAHN
   CLERK
```

D. C. Docket No. 05-61264-CV-MGC

VISIONS EAST, INC.,
a Florida Corporation,
JOHN STEPHEN MORTON,

                                        Plaintiffs-Appellants,

versus

FAGERDALA THIGER MARINE SYSTEMS, AB,
a Swedish Corporation,
FAGERDALA WORLD FOAM, AB,
a Swedish Corporation,
FAGERDALA USA, INC.,
a Kentucky Corporation,
MASTER AUTOMATION GROUP, OY,
a Finnish Corporation,
TARMO LINNA,
PIERRE THIGER,

                                        Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(December 12, 2006)

Before TJOFLAT, HULL and BOWMAN,[*] Circuit Judges.

PER CURIAM:

After review and oral argument, we conclude that the district court did not abuse its discretion in conducting the preliminary injunction hearing or in denying the motion for preliminary injunction.

**AFFIRMED.**

*A True Copy - Attested*
*Clerk U.S. Court of Appeals,*
*Eleventh Circuit*
*By: _____*
*Deputy Clerk*
*Atlanta, Georgia*

_____

[*]Honorable Pasco M. Bowman II, United States Circuit Judge for the Eighth Circuit, sitting by designation.

2