# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
  Clerk

For rules and forms visit
www.ca11.uscourts.gov



February 01, 2007

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

**Appeal Number: 05-15689-BB**
Case Style: Visions East, Inc. v. Fagerdala Thiger Marine
District Court Number: 05-61264 CV-MGC

---

The following record materials in the referenced case are returned herewith:

Record on Appeal VOL(S)  (3 vols of pldks / 1 vol of tr(gns)) 1 Folder

Exhibits - 1 Folder

The clerk of the court or agency shown above is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

REC-3 (06-2006)